# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CADEN PAUL GOTTFRIED,<br><br>　　　　　Defendant. | Case No.: 1:22-mj-00216-2<br><br>**NOTICE OF APPEARANCE** |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant.  Designation Retained.

Dated: October 20, 2022

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Joseph R. Conte, Bar #366827
　　　　　　　　　　　　　　　　　　　　　Counsel for Caden Gottfried
　　　　　　　　　　　　　　　　　　　　　Law Office of J.R. Conte
　　　　　　　　　　　　　　　　　　　　　8251 NW 15th Court
　　　　　　　　　　　　　　　　　　　　　Coral Springs, FL  33071
　　　　　　　　　　　　　　　　　　　　　Phone:　　　202.236-1147
　　　　　　　　　　　　　　　　　　　　　E-mail:　　　dcgunlaw@gmail.com