# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br><br>RICHARD SLAUGHTER, et al.<br>　　　　Defendant. | Case No.: 1:22-mj-00216<br><br>**NOTICE OF FILING** |

COMES NOW, counsel for the defendants to file with the court the attached correspondence served on counsel for the United States by the court's Case Management/Electronic Case Filing (CM/ECF) system this date.

Dated:  October 20, 2022

    Respectfully submitted,

    _____
    Joseph R. Conte, Bar #366827
    Counsel for the defendants
    Law Office of J.R. Conte
    8251 NW 15th Court
    Coral Springs, FL  33071
    Phone:         202.236.1147
    Email:  dcgunlaw@gmail.com