AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

---FILED ___ LODGED
---RECEIVED

Oct 12, 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

United States of America
v,
CADEN PAUL GOTTFRIED

)
)
)
)
)
)

Case: 1:22-mj-00216
Assigned To Magistrate Judge: Upadhyaya, Moxila A.
Assign. Date: 9/30/2022
Description: Complaint w/ Arrest Warrant

_Defendant_

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ **C◆J)EN PAUL GOTIFRU::O**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ CJ Superseding Indictment  ☐ CJ Information  ☐ CJ Superseding Information  ☐ II Complaint
☐ Probation Violation Petition  ☐ CJ Supervised Release Violation Petition  ☐ CJ Violation Notice  ☐ O Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 11 I(a)(I)-Assaulting. Resisting, or Impeding Cel'lain Officers,
18 U.S.C. § 231 (a)())- Obstrucuon of Law Enfrncement during Civil Disorder.
18 U.S C. § 17S2(a)(l)- Entering and Remaining in a Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2)- Disorderly and Disl\lptive Conduct in a Restricted Building or Grounds.
18 U.S C § I7S2(a)(4) • Engaging in Physical V1olcncc in a Restncted Building or Grounds.
40 U.S.C. § Sl04(e)(2){F) - _Act_ or Ph)'s1cal Violence in the Capitol Grounds or Buildings.

Date: __ 09/30/2022 __

/1Hlfd-- ___

Digitally signed by Moxila A Upadhyaya
Date: 2022.09.30 15:12:33 -04'00'

_Issuing officer 1 signature_

City and state: Washington. D.C.

___Moxila A . Upadhyaya. U.S. Magistrate Judge___
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 10 31 ___, and the person was arrested on _(date)_ 10/12/2022 at _(cIV and slate)_ ___ |
| Date: 10/12/2022 _____ ___ _Arresting officer's signature_ |
| Michael Kiley  Special Agent  _Printed name and title_ |

```
___ FILED ___    LODGED
___ ----RECEIVED ___

OCT 1 2 2022

CIS  U.S.001RICf COURT
Wf:SIFRN DISTRICT Of WASHINGIONAT
BV
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CADEN PAUL GOTTFRIED,

Defendant.

CASE NO. MJ22-5206-01

WAIVER OF RULE 5(c)(3)(D)
HEARING AND ORDER OF
TRANSFER

## WAIVER OF RULE 5(c)(3)(D) HEARING

I, CADEN PAUL GOTTFRIED, have appeared before a United States

Magistrate Judge in the Western District of Washington, who has advised me of the

provisions of Rule 20 and of and my right to a further hearing pursuant to Rule

5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such

further hearing, therefore:

(a)     I acknowledge that I am the person named in an Indictment,
        information or warrant pending in the U. S. District Court for the
        District of Columbia, at Washington DC (1 :22-mj-00216).

(b)     I waive my right to production of the warrant or any other original
        papers relating to these charges or certified copies thereof;

(c)     If I am entitled to a preliminary examination, I elect to have it
        conducted in the district where the prosecution is pending; and,

WAIVER OF RULE 5(C)(3)(D) HEARING AND
ORDER OF TRANSFER- 1

(d) I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

Dated this ___)7-___ day of October, 2022.

_____ N   _____
Defense Counsel                    Signature of Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that further proceedings in this case shall be conducted in the U.S. District Court for the District of Columbia, at Washington DC.

The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district.

Unless defendant is released on bond, the U.S. Marshal is directed to transport defendant as promptly as possible to that district.

If released on bond, defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

Dated this ___/⊢FH___ day of October, 2022.

_____
J. Richard Creatura
Chief United States Magistrate Judge

WAIVER OF RULE 5(C)(3)(D) HEARING AND
ORDER OF TRANSFER- 2

 

# United States District Court
*Western District of Washington*

**UNITED STATES OF AMERICA,**
**vs.**
## CADEN PAUL GOTTFRIED

# APPEARANCE BOND
## CASE No: MJ22-5205-02

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the ***United States Courthouse, 333 Constitution Ave NW Suite 4714, Washington DC 20001; Courtroom Zoom,*** on **Thursday, October 20, 2022 at 1:00 PM EST** and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed below under 'Other Conditions'.
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.

**OTHER SPECIAL CONDITIONS:**

- Travel is restricted to the Western District of Washington, and the District of Columbia for court purposes only, or as directed by Pretrial Services.
- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.
- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.
- Next Thursday, 10/20 at 1 pm EST before Magistrate Judge Robin M. Meriweather:
  Join ZoomGov Meeting
  https://uscourts-dcd.zoomgov.com/j/16189525787?pwd=Wlh3MUY5VTRZTUFSYXM5REliN2UvZz09
  Meeting ID: 161 8952 5787
  Passcode: 860903



**CADEN PAUL GOTTFRIED**                                                              **MJ22-5205-02**

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

| X | October 12, 2022 | PUYALLUP, WASIDNGTON |
|---|---|---|
| **Signature** | **Date Signed** | **City, State of Residence** |

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**October 12, 2022**
Date Signed

J. Richard Creatura
UNITED STATES CHIEF MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, US. Marshal, Pretrial Services*

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**OFFICE OF THE CLERK**

Tacoma

1717 Pacific Ave., Suite 3100

Tacoma, WA 98402

(253) 882-3826

**RAVI SUBRAMANIAN**

**District Court Executive**

**Clerk of Court**

**ERIC SMITS**

**Chief Deputy Clerk**

October 13, 2022

**CLERK, US DISTRICT COURT**

District of Columbia

InterdistrictTransfer_DCD@dcd.uscourts.gov

Re: Richard Slaughter and Caden Paul Gottfried

Your No: 1:22-mj-00216

Our No: MJ22-5206

Dear Clerk:

On October 12, 2022, Defendants Slaughter and Gottfried had Initial Appearances in Tacoma, Washington. The defendants were released from custody and placed on Appearance Bonds. They were directed by our court to appear in your district on Thursday, October 20th at 1:00 PM (EST) via Zoom for further proceedings pursuant to Rule 5(c)(3) (D). Attached you will find a PDF image of our *Internal* Docket Sheet and all documents contained in the Western District of Washington Court File.

Please acknowledge receipt on the enclosed copy of this letter and return the same via e-mail to kelly_miller@wawd.uscourts.gov.

Sincerely,

By *Kelly A Miller*

Deputy Clerk

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:22–mj–00216 |
| v. | ) | Assigned To Magistrate Judge: Upadhyaya, Moxila A. |
| RICHARD SLAUGHTER, (DOB: XXXXXXXXX) | ) | Assign. Date : 9/30/2022 |
| CADEN PAUL GOTTFRIED, (DOB: XXXXXXXX) | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon,
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder,
18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Tucher, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____ 09/30/2022 _____

Digitally signed by Moxila A. Upadhyaya
Date: 2022.09.30 15:09:46 -04'00'

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Mark Tucher, is a Special Agent assigned to the Seattle Federal Bureau of Investigation (FBI) Field Office, Tacoma Resident Agency. In my duties as a Special Agent, I have been assigned to the Joint Terrorism Task Force of the Federal Bureau of Investigation's Seattle Division primarily investigating Domestic Terrorism matters. I have been with the FBI since August 2021. I completed twenty-and-a-half weeks of training at the FBI academy, including legal classes, investigative techniques, evidence preservation and collection, financial related crimes, and computer related crimes. Through my training and experience, I am familiar with the strategy, tactics, methods, ideology and practices of domestic terrorism and anti-government extremists. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws. I have participated in investigations involving subjects at the U.S. Capitol, and as a result have become familiar with methods and techniques for these investigations in addition to the processes for subject identification.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, S.E., in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

Earlier this day, at approximately 1:00 p.m., a crowd of violent rioters assembled on the West Front of the United States Capitol. USCP formed a line of bike racks extending from the north end of the West Front to the south end to act as a barrier against the crowd. Officers were standing watch behind this line and fending off repeated attempts by the rioters to pull on the bike racks, either with their hands or with ropes and straps.

At approximately 2:00 p.m., some people in the crowd forced their way through, up, and over the barricades and law enforcement. The crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by USCP officers or other authorized security officials. At such time, the certification proceedings were still underway, and the exterior doors and windows of the United States Capitol were locked or otherwise secured. Members of law enforcement attempted to maintain order and keep the crowd from entering the United States Capitol.

At approximately 2:30 p.m., significant sections of the police line on and near the United States Capitol's Lower West Terrace broke as the rioters in the crowd swarmed and overwhelmed the law enforcement officers. Some of the rioters were able to penetrate the scaffolding, a position that gave them access to the stairs to the upper terraces where there are several key doors, including the doorway to the Lower West Terrace, also referred to as the "tunnel." Officers from the USCP and the Washington, D.C. Metropolitan Police Department (MPD) formed a police line in the tunnel blocking that entrance to the United States Capitol building and were repeatedly fending off assaults by some of the rioters. At approximately 2:42 p.m., rioters began entering the tunnel and ambushing the officers. The rioters broke the glass and forced the doors open. In response, the USCP and MPD officers formed a police line blocking that entrance to the U.S. Capitol building. From approximately 2:42 p.m. and on, numerous rioters were consistently attempting to breach the police line that formed in the tunnel. The rioters used various weapons, as well as the force of their bodies, in an attempt to overcome the officers. Many of the rioters assaulted MPD and USCP officers by hurling objects towards the officers, physically striking officers with batons and other blunt instruments, using lights to distract and disorient the officers, using electrical shock devices, crushing officers between the doors and walls of the confined space, and by deploying chemical sprays and fire extinguishers against the officers.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## FACTS SPECIFIC TO RICHARD SLAUGHTER AND CADEN PAUL GOTTFRIED

Based on an initial review of publicly available video footage, USCP surveillance footage, and body worn camera ("BWC") footage of officers who responded to the United States Capitol on January 6, 2021, two white men, later identified as Caden Paul Gottfried and Richard Slaughter, could be seen engaging in an assault against law enforcement officers guarding the United States Capitol. Gottfried and Slaughter were among a large group of rioters engaging law enforcement in an area known as the "tunnel." The "tunnel" is a narrow point of entry on the Lower West Terrace of the Capitol, circled below:



Figure 1

Caden Paul Gottfried, along with his stepfather, Richard Slaughter, initially came to the attention of the Seattle Division of the Federal Bureau of Investigation after an inflight incident aboard an Alaska Airlines flight on January 7, 2021, related to mask non-compliance and protesting the results of the 2020 election. Records from Alaska Airlines confirmed that both Gottfried and Slaughter traveled together from Seattle to Philadelphia on January 4, 2021, and were on Alaska Airlines flight 1085 from Washington, D.C. – Dulles to Seattle, Washington (SEA) together on January 7, 2021. Records from Marriott Bonvoy Hotels also confirmed that Slaughter had made a reservation at the Sheraton in Pentagon City, Virginia, for January 5-7, 2021.

Slaughter was interviewed by FBI Agents in February 2021 and admitted to being at Capitol building on January 6th with Gottfried. Slaughter denied seeing any crimes being committed, and stated that "conservatives don't protest, they have jobs." Slaughter also claimed that Gottfried had been detained by police while at the Capitol.

In April 2021, a confidential human source (CHS) identified Slaughter in footage from the Capitol riots, providing links from Slaughter's wife's Facebook page containing images of Slaughter at the Capitol on January 6, 2021, as well as links to an open-source video in which Slaughter is shown near the Lower West Terrace tunnel. In one video, Slaughter is giving an interview to another individual and states that he is looking for his son, Caden Gottfried. During the interview, Slaughter states that he is from Washington State, and that he is at the Capitol because, "this is the last resort, it was statistically impossible to lose this election, and there is just, um, nauseating amounts of fraud, and it's not being heard or seen, and we really have nothing

left."  Slaughter goes on to state that, in response to how the events of January 6, 2021, end, "we don't leave.  We stay united.  And we take back our country." [1]

A further review of U.S. Capitol video footage identified both Gottfried and Slaughter as being around the Lower West Terrace tunnel on January 6.

On January 6, 2021, a tall, white male wearing a red shirt, grey/white backpack, and a dark beanie cap, who has been identified as Caden Paul Gottfried, can be seen moving to the front of the riot line located at the Lower West Terrace tunnel entrance, where he engaged with law enforcement officers guarding the United States Capitol prior to being detained by Metropolitan Police Department (MPD) officers and transported to US Capitol Police for detention.



Figure 2                                   Figure 3



Figure 4

Between approximately 3:27 and 3:42, Gottfried moved away from the quieter protestors and towards the rioters positioned at the tunnel entrance.  Gottfried moves to the front, while protesters are surging against the police line and firing chemical irritants.  Videos uploaded to Youtube during this period show Gottfried participating in the surge, as seen in the figures below:

---

[1] Available https://twitter.com/CMominator/status/1438713500017336320.



Figure 5

Figure 6

Figure 7        Figure 8        Figure 9        Figure 10

Around the same time, at approximately 3:32 p.m., a man wearing a blue "Trump 2020" hat and a "Make America Great Again" sweatshirt, with a black gaiter covering his face, later identified as Richard Slaughter, was standing among the crowd near the entrance to the tunnel.



Figure 11                    Figure 12

Approximately two minutes later, Slaughter can be seen grabbing a police shield from another rioter in the crowd and keeping the shield from a police officer.



| | |
|---|---|
| Figure 13 | Figure 14 |

At approximately 3:40 p.m., Slaughter can be seen engaging with officers guarding the tunnel. On body camera footage, around the same time, Slaughter is heard saying to officers at the entrance "…You guys need to stand down. Just walk away nobody will fucking hurt any of you… This is America. This isn't fucking right. You fucking know it…. This has never been the America I ever fucking known..."



| | |
|---|---|
| Figure 15 | Figure 16 |



Figure 17

At approximately 3:58 p.m., Slaughter can be seen struggling amongst other rioters and then having a long pole in his hand which was covered by his black fingerless glove. Slaughter continued to use the pole to attack officers guarding the front line of the tunnel.



Figure 18



Figure 19



Figure 20



| | |
|---|---|
| Figure 21 | Figure 22 |

Footage from personal videos taken during the riot additionally showed Slaughter using a pole to hit police officers. Specifically, in the above screen shots, Slaughter's face and hands are seen grabbing the pole and jabbing it towards the front line of officers. The gloves in the above screenshots as well as the red sweatshirt are consistent with other images of Slaughter captured in surveillance videos.



Figure 23

Another image from open source showed a close-up photo of Slaughter during that time period pouring water on his face.




Figure 24                                    Figure 25

At approximately 4:06 p.m., Slaughter handed chemical spray to another individual who was later identified as Cody Mattice[2]. Footage from Parler shows Slaughter with a pink/red object in his hand, which appears to be OC spray. Slaughter hands the object to an individual wearing a black hoodie, gray helmet, and sitting on the shoulders of another person.




Figure 26                                    Figure 27

While Slaughter was attacking law enforcement in the front of the tunnel, Gottfried was in the tunnel entrance engaging in an assault on law enforcement. At approximately 3:42 p.m., USCP surveillance footage captured Gottfried standing in the front of the West Terrace Tunnel.

---

[2] Mattice has been sentenced in Case No. 1:21-cr-657(1)(BAH).



Figure 28



Figure 29

At approximately 4:00 p.m., Gottfried was in the tunnel pushing against the police line. According to MPD Officer J.L., Gottfried was pushing against the police line with his back while facing the crowd. Officer J.L. identified Gottfried as the younger of two man who were pushing against the police line with their backs. During this time, Gottfried continues to engage with law enforcement by using his bodyweight to push against the line of officers with his back. Gottfried's actions led officers to pull him through the police line and into the tunnel, where he was then detained.



Figure 30



Figure 31



Figure 32


Figure 33

Body camera footage worn by MPD Officer J.L. captured Gottfried as he was being pulled through the police line.


Figure 34

After being detained by MPD officers, Gottfried was escorted through the Capitol by USCP officers before being moved to USCP Detention prior to his eventual release. U.S. Capitol Police Sergeant O.B. identified Gottfried as being released from detention at approximately 6:50 p.m. on January 6, 2021. Sergeant O.B. also provided Gottfried with a document memorializing Gottfried's detention, which included Gottfried's known address in Orting, Washington.



Figure 35

Figure 36

PD 731
(6/78)

UNITED STATES CAPITOL POLICE
WASHINGTON, D.C. 20510

INFORMATION TO ARRESTEE RELEASED WITHOUT CHARGE

1. NAME OF ARRESTEE
GOTTFRIED, CADEN P.

2. ADDRESS OF ARRESTEE
ORTING WA 9836

3. DATE OF ARREST

4. TIME OF ARREST
☐ AM ☐ PM

5. DATE OF RELEASE
1/6/21

6. TIME OF RELEASE
0650 ☐ AM ☒ PM

7. CRIME FOR WHICH ARRESTED
UNLAWFUL ENTRY

8. NAME AND UNIT OF ARRESTING OFFICER

Figure 37

Utilizing screen shots from the U.S. Capitol and U.S. Capitol Police surveillance, MPD body cameras, and other videos, and Slaughter's driver's license, a member of the community in Orting, Washington, who is familiar with Richard Slaughter and works closely with him verified the subject in the photos as Slaughter. Photos which were identified are listed below.



Figure 38

Figure 39

 

|                     |                     |
| :-----------------: | :-----------------: |
| Figure 40           | Figure 41           |

Legal process was served on the phone numbers believed to be associated with Gottfried and Slaughter. The number associated with Gottfried, ending 8334, showed several outgoing calls on January 6, 2021, originating from Washington, D.C. In addition, the phone number associated with Slaughter, ending 1094, made several calls to Gottfried during the time that Gottfried was detained by law enforcement on January 6.

## CONCLUSION

Based on the foregoing, I submit that there is probable cause to believe that Richard Slaughter violated 18 U.S.C. §§ 111(a)(1) and (b), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals, and to use a deadly or dangerous weapon or inflict bodily injury during the commission of such acts. Within the meaning of this statute, a designated individual is an officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services), while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of official duties or on account of that assistance.

I further submit that there is probable cause to believe that Caden Paul Gottfried violated 18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals. Within the meaning of this statute, a designated individual is an officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services), while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of official duties or on account of that assistance.

I further submit there is probable cause to believe that Richard Slaughter and Caden Paul Gottfried violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

I further submit that there is probable cause to believe that Richard Slaughter violated 18 U.S.C. §§ 1752(a)(1), (2), (4), and (b)(1)(A), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; (4) knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so; and (b)(1)(A) to commit any of the aforementioned offenses with a deadly or dangerous weapon or firearm. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

I further submit that there is probable cause to believe that Caden Paul Gottfried violated 18 U.S.C. §§ 1752(a)(1), (2), and (4) which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Finally, I submit there is also probable cause to believe that Richard Slaughter and Caden Paul Gottfried violated 40 U.S.C. § 5104(e)(2)(F), which makes it a crime to willfully and knowingly engage in an act of physical violence in the Grounds or any of the Capitol Buildings.

Respectfully submitted,

Special Agent Mark Tucher
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 30th day of September 2022.

Digitally signed by Moxila A.
Upadhyaya
Date: 2022.09.30 15:06:43 -04'00'

THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

BOND,CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
## CRIMINAL DOCKET FOR CASE #: 3:22-mj-05206-JRC All Defendants

Case title: USA v. Slaughter et al

Other court case number: 1:22-mj-00216 D/Columbia at
Washington DC

Date Filed: 10/12/2022

Date Terminated: 10/12/2022

Assigned to: Judge J Richard Creatura

**Defendant (1)**

**Richard Slaughter**
*TERMINATED: 10/12/2022*

represented by **John Robert Carpenter**
FEDERAL PUBLIC DEFENDER'S
OFFICE (TAC)
1331 BROADWAY
STE 400
TACOMA, WA 98402
253-593-6710
Fax: 253-593-6714
Email: john_carpenter@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:111(a)(1) and (b) - Assaulting, Resisting
or Impeding Certain Offenses Using a
Deadly or Dangerous Weapon; 18:111(a)(1)

**Disposition**

- Assalting, Resisting or Impeding Certain Officers; 18:231(a)(3) - Obstruction of Law Enforcement during Civil Disorder; 18:1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; 18:1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; 18:1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; 18:1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; 18:1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18:1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds; 40:5104(a)(2)(F) - Act of Physical Violence in the Capital Grounds or Buildings

---

Assigned to: Judge J Richard Creatura

## Defendant (2)

| | |
|---|---|
| **Caden Paul Gottfried**<br>*TERMINATED: 10/12/2022* | represented by **Paula Tuckfield Olson**<br>LAW OFFICE OF PAULA T. OLSON<br>4020 NORTH VASSAULT ST.<br>TACOMA, WA 98407<br>253-777-5716<br>Email: olsonlaw@nventure.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

18:111(a)(1) and (b) - Assaulting, Resisting or Impeding Certain Offenses Using a Deadly or Dangerous Weapon; 18:111(a)(1) - Assaulting, Resisting or Impeding Certain Officers; 18:231(a)(3) - Obstruction of Law Enforcement during Civil Disorder; 18:1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; 18:1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; 18:1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; 18:1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; 18:1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18:1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds; 40:5104(a)(2)(F) - Act of Physical Violence in the Capital Grounds or Buildings

---

**Plaintiff**

**USA**

represented by **Brian James Wynne**
UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET
STE 5220
SEATTLE, WA 98101
206-553-2268
Email: brian.wynne@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/12/2022 | | Richard Slaughter and Caden Paul Gottfried self surrendered on 10/12/2022 to answer Warrants for Arrest issued by D/Columbia at Washington DC. (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 1 | Rule 5(c)(3) Document Received from D/Columbia at Washington DC as to Richard Slaughter and Caden Paul Gottfried - Criminal Complaint. (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 4 | CJA 20 Appointment as to Caden Paul Gottfried *(No.pdf image attached):*Appointment of Attorney Paula Tuckfield Olson for Caden Paul Gottfried, Approved by Judge J Richard Creatura. (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 7 | Minute Entry for proceedings held before Judge J Richard Creatura- CRD: *K Miller*; AUSA: *Hillary Stuart for Brian Wynne*; Def Cnsl: *FPD John Carpenter (appointed for* |

| | | |
|---|---|---|
| | | *special appearance today only)*; PTS: *Jaymie Parkhurst*; Time of Hearing: *2:00 PM*; Courtroom: *D*; Session #: *TAC221012*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS AND DETENTION HEARING** as to Richard Slaughter held on 10/12/2022. Court determines defendant is not eligible for a court-appointed attorney. Defendant may submit a revised Financial Affidavit if there is additional information to provide. Defendant advised of rights, charges and maximum potential penalties. Defendant Waives Right to Rule 5(c) Hearing - ACCEPTED. Parties stipulate to release. Defendant placed on Appearance Bond and directed to appear in the originating district, via Zoom, 10/20/22 at 1:00 PM EST before M/J Robin M Meriweather for further proceedings. (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 8 | The Court Orders as follows: Pursuant to the Due Process Protection Act, counsel for the government is reminded of his/her obligations pursuant to *Brady v. Maryland* and its progeny to disclose exculpatory material and information, as required by applicable statute and case law. The failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. By Judge J Richard Creatura. *(No.pdf image attached)* (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 9 | NOTICE OF INVOCATION OF RIGHTS AT INITIAL APPEARANCE by Richard Slaughter. (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 10 | Appearance Bond (PR) entered as to Richard Slaughter (1). (cc: PTS/USPO/USMO) (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 11 | Arrest Warrant Returned Executed on 10/12/2022 as to Richard Slaughter. (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 12 | Minute Entry for proceedings held before Judge J Richard Creatura- CRD: *K Miller*; AUSA: *Hillary Stuart for Brian Wynne*; Def Cnsl: *CJA Paula Olson*; PTS: *Jaymie Parkhurst*; Time of Hearing: *2:00 PM*; Courtroom: *D*; Session #: *TAC221012*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS AND DETENTION HEARING** as to Caden Paul Gottfried held on 10/12/2022. Defendant advised of rights, charges and maximum potential penalties. Defendant Waives right to Rule 5(c) Hearing - ACCEPTED. Parties stipulate to release. Defendant placed on Appearance Bond and directed to appear in the originating district, via Zoom, 10/20/22 at 1:00 PM EST before M/J Robin M Meriweather for further proceedings. (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 13 | The Court Orders as follows: Pursuant to the Due Process Protection Act, counsel for the government is reminded of his/her obligations pursuant to *Brady v. Maryland* and its progeny to disclose exculpatory material and information, as required by applicable statute and case law. The failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. By Judge J Richard Creatura. *(No.pdf image attached)* (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 14 | Appearance Bond (PR) entered as to Caden Paul Gottfried (2). (cc: PTS/USPO/USMO) (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 15 | Arrest Warrant Returned Executed on 10/12/2022 as to Caden Paul Gottfried. (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 16 | WAIVER OF RULE 5 HEARING AND ORDER OF TRANSFER to District of D/Columbia at Washington DC as to Richard Slaughter, by Judge J Richard Creatura. (cc: PTS, USMO) (KAM) (Entered: 10/13/2022) |
| 10/12/2022 | 17 | WAIVER OF RULE 5 HEARING AND ORDER OF TRANSFER to District of D/Columbia at Washington DC as to Caden Paul Gottfried, by Judge J Richard Creatura. |

| | | |
|---|---|---|
| | | (cc: PTS, USMO) (KAM) (Entered: 10/13/2022) |
| 10/13/2022 | 18 | LETTER from WD/WA to D/Columbia at Washington DC requesting acknowledgement of receipt of Rule 5 Hearings and Orders of Transfer as to Defendants Richard Slaughter and Caden Paul Gottfried re 16 and 17 . (Attachments: # 1 Public File, # 2 Docket Sheet) (KAM) Modified on 10/13/2022 (ad-hoc: D/Columbia, Gail Gray, Crystal Love) (KAM). (Entered: 10/13/2022) |