UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-cr-00354 RCL |
| v. | ORDER |
| RICHARD SLAUGHTER, | |
| CADEN GOTTFRIED, | |
| Defendants. | |

This matter is before the court on the motion of counsel for the defendants, Joseph Conte, to withdraw as counsel and the court having considered the motion it is this _____ day of _____, 2023,

**ORDERED** that the motion should be and hereby is **GRANTED**

**SO ORDERED.**

_____
Royce C. Lamberth
United States District Judge