# Government's Exhibit 2



**Laura Loomer** ✓
@LauraLoomer

EXCLUSIVE: Attorneys at John Pierce Law (JPL) @CaliKidJMP just filed a motion this morning asking US Federal Judge Royce Lamberth to immediately commence an investigation into an apparent cyber attack on the computers for the JPL defense team for several of their J6 clients.

According to the motion that was filed this morning, it appears the Government sent and installed a Trojan Malware virus onto the computer of JPL paralegal Em Lambert @EmtheFishLady with prompts that said "this program is dangerous and executes commands from an attacker."

The program was included as an attachment in discovery that was sent to the JPL defense team in the case of J6 defendants Rick Slaughter and Caden Gottfried by the US Government.

There is a status hearing in the case at 12:30 EST today, March 28th, 2023.



10:40 AM · Mar 28, 2023 · **82K** Views

**Laura Loomer** ✓ @LauraLoomer · Mar 28
Replying to @LauraLoomer
Here's a full link to the motion that was filed today:



scribd.com
Slaughter Notice That the United States Has Atte...
Slaughter Notice That the United States Has Attempted to Plant Trojan Malware on Defense ...

💬     ⟲ 71     ♡ 154     ㎗ 5,815     ⬆