IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RICHARD SLAUGHTER, and<br><br>CADEN GOTTFRIED<br><br>Defendants. | Criminal No.: 1:22-cr-00354-RCL-1 and 2<br><br>**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME** |

## DEFENDANTS UNOPPOSED MOTION FOR ENLARGMENT OF TIME

COMES NOW, Defendants Richard Slaughter and Caden Gottfried ("Defendants"), by and through undersigned counsel, hereby respectfully moves the Court for an order on an unopposed motion to grant an extension for the deadline to submit filings addressing the Government's Response to Notice of Malware, Dkt. [41]. Counsel respectfully requests a 14-day extension of time for Defendants to file on the basis of overwhelming travel demands and hectic schedule with ongoing trials. Counsel has conferred with the Government who does not oppose the 14-day extension to a due date of May 2, 2023, no harm will come to either party, Defendants will not oppose tolling timing, and they consent to a waiver to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

WHEREFORE, Defendants respectfully request this Court to enter an order granting a 14-day extension to file their reply.

Dated: April 18, 2023

                    Respectfully Submitted,

                    <u>/s/ *John M. Pierce*</u>
                    John M. Pierce
                    21550 Oxnard Street
                    3rd Floor, PMB #172
                    Woodland Hills, CA 91367
                    Tel: (213) 400-0725
                    Email: jpierce@johnpiercelaw.com

                    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, April 18, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce