**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD SLAUGHTER, and<br><br>CADEN PAUL GOTTFRIED,<br><br>    Defendants. | Crim No. 1:22-cr-00354-RCL |

**JOINT PROPOSED SCHEDULING ORDER**

As discussed at the Status Conference held on June 23, 2023, the parties submit the following proposed Scheduling Order:

1. By **August 25, 2023**: (a) the Government shall notify Defendant of its intention, if any, to introduce any evidence under Federal Rule of Evidence 404(b); (b) Defendant shall notify the United States of its intention, if any, to assert any of the defenses outlined in Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3; and (c) each party shall disclose to opposing counsel a written summary of any testimony that the party intends to use under Federal Rules of Evidence 702, 703, or 705;

2. Defendant shall, by **September 1, 2023**, file any pretrial motions under Federal Rule of Criminal Procedure 12. The Government shall respond to any such motion by **September 22, 2023**, and Defendant shall reply by **September 29, 2023**.

3. The parties shall file any motions in limine by **October 6, 2023**, and any oppositions to the motions shall be filed by **October 20, 2023**.

4. The parties shall file a joint pretrial statement by **November 1, 2023**, which will include:

1

a. Proposed jury instructions, indicating:

   i. The instructions to which the parties agree;

   ii. The instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and

   iii. The proposed instruction's source (e.g., the Red Book, Matthew Bender's Federal Jury Instructions), or, for modified or new instructions, its supporting legal authority;

b. A list of expert witnesses, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

c. A list of prior convictions that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

d. A list of exhibits that the government intends to offer during trial, with a brief description of each exhibit; and

e. Any stipulations executed or anticipated to be executed.

5. The government is available throughout the month of November for the Court to schedule a pretrial conference and motions hearing at its convenience. Defense counsel not indicated any dates they are unavailable.

6. A jury trial shall commence on December 1, 2023, at _____ _.m.

3

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: _____
Stephen J. Rancourt
Texas Bar No. 24079181
Assistant United States Attorney, Detailee
601 D Street, NW
Washington, D.C. 20530
(806) 472-7398
stephen.rancourt@usdoj.gov

/s/_____
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
(213) 400 – 0725
jpierce@johnpiercelaw.com
Attorney for Defendants