IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RICHARD SLAUGHTER, and<br>CADEN GOTTFRIED,<br><br>    Defendants. | Criminal No.: **1: 22-cr-00354-RCL-1 and 2**<br><br>DEFENDANT CONSENT TO APPEAR<br>BY VIDEO CONFERENCE |

    Defendants Slaughter and Gottfried, by and through undersigned counsel, hereby consents and move to proceed via Zoom video conference for the Arraignment and Status Conference set for October 18th at 12:30pm. This consent is provided freely and voluntarily and no threats or promises have been made to compel Defendant's consent. Counsel has conferred with United States and they do not object to this motion.

Dated: October 11, 2023

_/s/ Richard Slaughter_
Richard Slaughter (Oct 12, 2023 07:29 PDT)

_Caden Gottfried_
Caden Gottfried (Oct 12, 2023 11:06 PDT)

Oct 12, 2023

Oct 12, 2023

                                                  Respectfully Submitted,

                                                  /s/ *John M. Pierce*
                                                      John M. Pierce
                                                 21550 Oxnard Street
                                                 3rd Floor, PMB #172
                                           Woodland Hills, CA 91367
                                                   Tel: (213) 400-0725

Email: jpierce@johnpiercelaw.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, October 11, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce