| Government | ✔ | UNITED STATES | |
|---|---|---|---|
| Plaintiff | ☐ | VS. | CRIMINAL NO. <u>22-CR-00354 (RCL)</u> |
| Defendant | ☐ | RICHARD SLAUGTER AND<br>CADEN PAUL GOTTFRIED | |
| Joint | ☐ | | |
| Court | ☐ | | |

<b><u>GOVERNMENT'S EXHIBIT LIST</u></b>

| Government Exhibit No. | Exhibit Description | Sponsoring Witness | Offered | Admitted |
|---|---|---|---|---|
|  | **100 SERIES: OVERVIEW EXHIBITS** | | | |
| 101 | Map of the restricted perimeter of the U.S. Capitol on January 6, 2021 | USSS/USCP | | |
| 102 | Picture of the West Front of the U.S. Capitol on January 6, 2021 | USCP | | |
| 103 | Model of West Front of U.S. Capitol | USCP | | |
| 104 | Model of Tunnel Facing East | USCP | | |
| 105 | Model of Tunnel Facing West | USCP | | |
| 106 | USCP Press Release on September 3, 2020, announcing closure of West Front of U.S. Capitol | USCP | | |

| | | | | |
|---|---|---|---|---|
| 107 | 12th Amendment to the U.S. Constitution | Self-Authenticating | | |
| 108 | United States Code, Title 3, Section 15 | Self-Authenticating | | |
| 109 | United States Code, Title 3, Section 16 | Self-Authenticating | | |
| 110 | United States Code, Title 3, Section 17 | Self-Authenticating | | |
| 111 | United States Code, Title 3, Section 18 | Self-Authenticating | | |
| 112 | Congressional Records from U.S. House of Representatives, January 6, 2021 | Self-Authenticating | | |
| 113 | Congressional Records from U.S. Senate, January 6, 2021 | Self-Authenticating | | |
| 114 | USCP Board Order 20.14 from August 25, 2020, Concerning the Closing of the West Front of the Capitol Grounds on January 6, 2021 | USCP | | |
| 115 | Business Records Certification for Safeway Early Closure Notice, Mid-Atlantic Daily Sales Report, and Warehouse Shipments Record for January 6, 2021 | Self-Authenticating | | |
| 116 | Safeway early closure notice for Washington, D.C. stores on January 6, 2021 | Self-Authenticating | | |
| 117 | Safeway Mid-Atlantic Daily Sales Report January 5 – January 7, 2021 | Self-Authenticating | | |
| 118 | Congressional Record of January 6, 2021 Vote | Self-Authenticating | | |

| 119 | Signs by United States Capitol Police | USCP | | |
|---|---|---|---|---|
| 120 | Additional Signs by United States Capitol Police | USCP | | |
| 121 | CCTV footage of East Capitol from January 6, 2021 1:58:40-1:59:39 p.m. | USSS/USCP | | |
| 122 | CCTV footage from January 6, 2021 2:25:48-2:26:20 p.m. | USSS/USCP | | |
| 123 | January 5, 2021 Email from H. Lanelle to USSS and USCP re HOS Notification | USSS/USCP | | |
| 124 | January 6, 2021 HOS Notification - Redacted | USSS/USCP | | |
| 125 | USSS Radio Call from January 6, 2021 at 12:35:16 | USSS | | |
| 126 | USSS Radio Call from January 6, 2021 at 13:59:54 | USSS | | |
| 127 | USSS Radio Call from January 6, 2021 at 14:00:03 | USSS | | |
| 128 | USSS Radio Call from January 6, 2021 at 14:14:42 | USSS | | |
| 129 | USSS Radio Call from January 6, 2021 at 14:20:19 | USSS | | |
| 130 | USSS Radio Call from January 6, 2021 at 14:20:30 | USSS | | |

| | | | | |
|---|---|---|---|---|
| 131 | USSS Radio Call from January 6, 2021 at 14:20:38 | USSS | | |
| 132 | USSS Radio Call from January 6, 2021 at 14:21:49 (redacted) | USSS | | |
| 133 | USSS Radio Call from January 6, 2021 at 14:25:19 | USSS | | |
| 134 | USSS Radio Call from January 6, 2021 at 23:31:56 | USSS | | |
| 135 | USSS Radio Call from January 6, 2021 at 23:32:20 | USSS | | |
| 136 | USSS Radio Call from January 7, 2021 at 00:20:15 | USSS | | |
| 137 | Video compilation of Congressional Activity/Official Proceeding on January 6, 2021 | USCP | | |
| 138 | Video compilation of CCTV Footage on January 6, 2021 With Radio Runs | USCP | | |
| 139 | 15:00 Long Montage of USCP CCTV Footage With Radio Runs | USCP | | |
| | | | | |
| | | | | |
| | | | | |

| | **200 SERIES: WEST FRONT AND LOWER WEST TERRACE** | | | |
|---|---|---|---|---|
| | **BODY WORN CAMERA (BWC)** | | | |
| 201 | BWC of MPD Officer Michael Dowling, X6039BK5E, from 3:32:46 p.m. – 3:53:26 p.m. on 1/6/21 | MPD | | |
| 201-A | Clip of BWC of MPD Officer Michael Dowling, X6039BK5E (Exhibit 201) from 3:34:30 p.m. – 3:37:13 p.m. on 1/6/21 | MPD | | |
| 201-B | Clip of BWC of MPD Officer Michael Dowling, X6039BK5E (Exhibit 201) from 3:38:30 p.m. – 3:39:30 p.m. on 1/6/21 | MPD | | |
| 201-C | Clip of BWC of MPD Officer Michael Dowling, X6039BK5E (Exhibit 201) from 3:39:55 p.m. – 3:40:30 p.m. on 1/6/21 | MPD | | |
| 201-D | Clip of BWC of MPD Officer Michael Dowling, X6039BK5E (Exhibit 201) from 3:44:26 p.m. – 3:44:50 p.m. on 1/6/21 | MPD | | |
| 201-E | Clip of BWC of MPD Officer Michael Dowling, X6039BK5E (Exhibit 201) from 3:46:45 p.m. – 3:48:41 p.m. on 1/6/21 | MPD | | |
| 202 | BWC of MPD Officer Abdulkadir Abdi, X6039BFHL, from 3:23:11 p.m. – 3:37:33 p.m. on 1/6/21 | MPD | | |
| 202-A | Clip of BWC of MPD Officer Abdulkadir Abdi, X6039BFHL (Exhibit 202), from 3:34:30 p.m. – 3:37:14 p.m. on 1/6/21 | MPD | | |
| 202-B | Clip of BWC of MPD Officer Abdulkadir Abdi, X6039BFHL (Exhibit 202), from 3:37:42 p.m. – 3:39:40 p.m. on 1/6/21 | MPD | | |
| 202-C | Clip of BWC of MPD Officer Abdulkadir Abdi, X6039BFHL (Exhibit 202), from 3:39:46 p.m. – 3:42:11 p.m. on 1/6/21 | MPD | | |

| | | |
|---|---|---|
| 203 | BWC of MPD Officer Jesse Leasure, X6039BEGV, from 3:54:07 p.m. – 4:06:23 p.m. on 1/6/21 | MPD |
| 203-A | Clip of BWC of MPD Officer Jesse Leasure, X6039BEGV (Exhibit 203), from 4:03:22 p.m. – 4:05:09 p.m. on 1/6/21 | MPD |
| 204 | BWC of MPD Officer Mustafa Ak, X6039BF8H, from 4:03:18 p.m. – 4:18:04 p.m. on 1/6/21 | MPD |
| 204-A | Clip of BWC of MPD Officer Mustafa Ak (Exhibit 204), X6039BF8H, from 4:03:18 p.m. – 4:05:05 p.m. on 1/6/21 | MPD |
| 204-B | Clip of BWC of MPD Officer Mustafa Ak, X6039BF8H (Exhibit 204), from 4:05:05 p.m. – 4:06:51 p.m. on 1/6/21 | MPD |
| | | |
| **CLOSED CIRCUIT VIDEO** | | |
| 205 | CCTV Camera 0074 from 3:30:08 – 4:14:59 p.m. on 1/6/21 | USCP |
| 205-A | Clip of CCTV Camera 0074 from 3:34:30 p.m. – 3:37:13 p.m. on 1/6/21 | USCP |
| 205-B | Clip of CCTV Camera 0074 from 3:39:55 p.m. – 3:40:30 p.m. on 1/6/21 | USCP |
| 205-C | Clip of CCTV Camera 0074 from 3:44:26 p.m. – 3:44:50 p.m. on 1/6/21 | USCP |
| 205-D | Clip of CCTV Camera 0074 from 3:47:25 p.m. – 3:47:45 p.m. on 1/6/21 | USCP |

| | | | | |
|---|---|---|---|---|
| 205-E | Clip of CCTV Camera 0074 from 3:50:00 p.m. – 3:51:00 p.m. on 1/6/21 | USCP | | |
| 205-F | Clip of CCTV Camera 0074 from 3:56:30 p.m. – 3:57:30 p.m. on 1/6/21 | USCP | | |
| 205-G | Clip of CCTV Camera 0074 from 3:58:40 p.m. – 4:06:40 p.m. on 1/6/21 | USCP | | |
| 206 | CCTV Camera 0075 from 4:06:20 p.m. – 4:07:45 on 1/6/21 | USCP | | |
| 207 | CCTV Camera 0076 from 4:06:20 p.m. – 4:07:45 on 1/6/21 | USCP | | |
| 208 | CCTV Camera 0945 from 4:30:00 p.m. – 5:15:00 p.m. on 1/6/21 | USCP | | |
| 208A | Clip of CCTV Camera 0945 (Exhibit 208) from 4:52:16 p.m. – 4:54:20 p.m. on 1/6/21 | USCP | | |
| 208B | Clip of CCTV Camera 0945 from 4:52:16 p.m. – 4:54:20 p.m. on 1/6/21 (Exhibit 208A) with Portion of Image Highlighted | USCP | | |
| 209 | CCTV Camera 0171 from approximately 4:17 p.m. – 4:19 p.m. on 1/6/21 | USCP | | |
| 210 | CCTV Camera 1654 from 6:40:00 p.m. – 6:59:00 p.m. on 1/6/21 | USCP | | |
| 210-A | Clip of CCTV Camera 1654 from 6:59:10 p.m. – 6:59:45 p.m. | USCP | | |
| | | | | |

| | **OPEN-SOURCE VIDEOS / PHOTOS** | | | |
|---|---|---|---|---|
| 211 | 2:47 Long Open-Source Video Titled "Facebook debbie.yutzy video_102208885010754445" Depicting Caden Paul Gottfried at the Stop the Steal Rally on 1/6/21 | FBI SA Tucher | | |
| 212 | 0:21 Long Open-Source Video Titled "Dominic Video 13_DC Jan 6 2021_Sub_13" Depicting Caden Paul Gottfried on the Lower West Terrance Discussing Losing a Go-Pro Camera on 1/6/21 | FBI SA Tucher | | |
| 213 | 0:38 Long Open-Source Video Titled "Twitter - PatriQtkree" Depicting Richard Slaughter and Caden Gottfried on the West Front of the Capitol on 1/6/21 | MPD / FBI SA Tucher | | |
| 214 | 1:00 Long Clip from 3:42:19 Long Open-Source Video Titled "Capitol Hill Protest - Shot on BMPCC4K BRAW" From 2:31:00 – 2:32:00 Depicting the Events on the Lower West Terrace at Approximately 3:23 p.m. on 1/6/21 | MPD / FBI SA Tucher | | |
| 215 | 0:25 Long Clip from 2:49 Long Open-Source Video Titled "YouTube Buy GME" from 2:00 – 2:35 Depicting the Events on the Lower West Terrace at Approximately 3:28 p.m. on 1/6/21 | MPD / FBI SA Tucher | | |
| 216 | 14:43 Long Video Open-Source Video Titled "All Footage watermarked part 2" and Bearing the Watermark "WAD Will Allen DuPraw" Depicting the Events on the Lower West Terrace on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| 216-A | 0:29 Long Clip of Exhibit 216 (Will Allen DuPraw" Video) from 6:11-6:40 Depicting the Events Near the Lower West Terrace Tunnel at Approximately 3:37 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| 216-B | 1:22 Long Clip of Exhibit 216 (Will Allen DuPraw" Video) from 8:43-9:05 Depicting the Events Near the Lower West Terrace Tunnel at Approximately 3:55 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |

| | | | | |
|---|---|---|---|---|
| 217 | 2:51 Long Clip from 1:25:43 Long Open-Source Video Titled "FULL FOOTAGE_ Patriots STORM U.S. Capitol (4K60fps)" From 59:12 – 1:02:03 Depicting the Events on the Lower West Terrace from Approximately 3:49 p.m. – 3:52 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| 218 | Open-Source Video Titled "YouTube Alyssa Marotta (Alyssa1979M) Washington protest.mp4 Washington protest" Depicting Events on Lower West Terrace of the Capitol from Approximately 3:50 p.m. to 4:20 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| 218-A | Cip of Exhibit 218-A (YouTube Alyssa Marotta Video) from 12:15-14:03 (Approximately 4:02 p.m. – 4:04 p.m.) | USCP / MPD / FBI SA Tucher | | |
| 219 | 11:47 Long Open-Source Video Titled "Christopher Hughes Video 354pm" Depicting Events on the Lower West Terrace from Approximately 3:54 p.m. – 4:06 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| 219-A | Clip of Exhibit 219 ("Christopher Hughes Video 354pm") from 5:10 – 5:47 (Approximately 3:59 p.m.) | USCP / MPD / FBI SA Tucher | | |
| 220 | 5:59 Long Open-Source Video Titled "Blair Nelson 20210106_155143.mp4" Depicting the Events on the Lower West Terrace from Approximately 3:52 p.m. – 3:58 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| 221 | 4:31 Long Open-Source Video Titled "ANTIFA BLM at the Capitol Washington DC January 6, 2021 RAW footage" Depicting the Events on the Lower West Terrace from Approximately 4:04 p.m. – 4:09 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| 222 | Image of Cody Mattice Near the Lower West Terrace Tunnel at Approximately 4:04 p.m. on 1/6/21 | MPD | | |
| 223 | 1:28 Long Open-Source Video Titled "Rumble IXOYEUSA Our House! 1621" Depicting the Events on the Lower West Terrace at Approximately 4:06 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |

| | | | | |
|---|---|---|---|---|
| 224 | 0:57 Long Open-Source Video Titled "Christopher Hughes Video 407pm" Depicting Events on the Lower West Terrace of the Capitol at Approximately 4:07 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| 225 | 0:52 Long Clip from 27:00 Long Open-Source Video Titled "Facebook john.cheney.547 video_1103104386815487" from 5:38-6:30 Depicting Richard Slaughter on the Lower West Terrace at Approximately 4:50 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| 226 | 2:17 Clip from 1:37:51 long Open-Source Video Titled "YouTube Right Side Broadcasting Network (rightsideradio)" from 40:47 – 43:04 Depicting Interview of Richard Slaughter on the Lower West Terrace at Approximately 4:52 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| 227 | 0:34 Long Open-Source Video Titled "Trump Supporters Storm US Capitol (720p with 23fps)" Depicting Caden Paul Gottfried Being Loaded into a USCP Van on 1/6/21 | USCP Sgt. Bordatto | | |
| | | | | |
| **OTHER** | | | | |
| 228 | USCP Document Titled "Information to Arrestee Released Without Charge" | UCSP Sgt. Bordatto | | |
| 229 | Exhibit 226 with Interview Transcribed | USCP / MPD / FBI SA Tucher | | |
| 230 | Side-By-Side Video of Exhibits 219-A (Clip of "Christopher Hughes Video 354pm") and Clip of Exhibit 205 (CCTV Camera 0074) from 3:59:26 p.m. – 2:00:03 p.m.) | USCP / MPD / FBI SA Tucher | | |
| 231 | Side-By-Side-By-Side of Exhibits 204A (Officer Ak BWC), Exhibit 205 (CCTV Camera 0074) and 218-A (Clip from YouTube Alyssa Marotta | USCP / MPD / FBI SA Tucher | | |

| | | | | |
|---|---|---|---|---|
| | Open-Source) from 4:03:18 p.m. – 4:05:05 p.m. on 1/6/21 | | | |
| 232 | Side-By-Side of Exhibits 201-A (BWC of MPD Officer Dowling) and Exhibit 205A (CCTV Camera 0074) from 3:34:30 p.m. – 3:37:13 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| 233 | Side-By-Side of Exhibits 201-A (BWC of MPD Officer Dowling) and Exhibit 205A (CCTV Camera 0074) from 3:44:26 p.m. – 3:44:50 p.m. on 1/6/21 | USCP / MPD / FBI SA Tucher | | |
| | | | | |
| **300 SERIES: ARREST AND PHYSICAL EVIDENCE** | | | | |
| 301 | Evidence Log for Search Warrant of Richard Slaughter's Residence | FBI SA Mark Tucher / FBI SA Kathryn Hamstra | | |
| 302 - 304 | Three Photographs of Black Fingerless Gloves from Residence of Richard Slaughter | FBI SA Mark Tucher / FBI SA Kathryn Hamstra / FBI SA James McMonigle | | |
| 305 | Black Fingerless Gloves from Residence of Richard Slaughter (Physical Item) | FBI SA Mark Tucher / FBI SA Kathryn Hamstra / FBI SA James McMonigle | | |
| 306 - 309 | Four Photographs of Samsung Cell Phone from Residence of Richard Slaughter | FBI SA Mark Tucher / FBI SA Kathryn Hamstra / FBI SA James McMonigle | | |

| | | | | |
|---|---|---|---|---|
| 310 | Samsung Cell Phone from Residence of Richard Slaughter (Physical Item) | FBI SA Mark Tucher / FBI SA Kathryn Hamstra / FBI SA James McMonigle | | |
| 311 - 312 | Two Photographs of MAGA Sweatshirt Recovered from Residence of Richard Slaughter | FBI SA Mark Tucher / FBI SA Kathryn Hamstra / FBI SA James McMonigle | | |
| 313 | Red MAGA Sweatshirt from Residence of Richard Slaughter (Physical Item) | FBI SA Mark Tucher / FBI SA Kathryn Hamstra / FBI SA James McMonigle | | |
| 314 | Photo of Dark Grey Gaiter from Residence of Richard Slaughter | FBI SA Mark Tucher / FBI SA Kathryn Hamstra / FBI SA James McMonigle | | |
| 315 | Dark Grey Gaiter from Residence of Richard Slaughter (Physical Item) | FBI SA Mark Tucher / FBI SA Kathryn Hamstra / FBI SA James McMonigle | | |
| 316 | Evidence Log for Search Warrant of Caden Paul Gottfried's Residence | FBI SA Mark Tucher / FBI SA Nicole Sebo | | |
| 317 | Photograph of "In Trump We Trust" T-Shirt from Residence of Caden Paul Gottfried | FBI SA Mark Tucher / FBI SA Nicole Sebo / FBI SA Brett Hockenbury | | |
| 318 | "In Trump We Trust" T-Shirt from Residence of Caden Paul Gottfried (Physical Item) | FBI SA Mark Tucher / FBI SA Nicole Sebo / FBI SA Brett | | |

| | | | | |
|---|---|---|---|---|
| | | Hockenbury | | |
| 319 | Photograph of Red/White Striped Gaiter from Residence of Caden Paul Gottfried | FBI SA Mark Tucher / FBI SA Nicole Sebo / FBI SA Josiah Rabon | | |
| 320 | Photograph of Red/White Striped Gaiter from Residence of Caden Paul Gottfried (Physical Item) | FBI SA Mark Tucher / FBI SA Nicole Sebo / FBI SA Josiah Rabon | | |
| | | | | |
| **400 SERIES: RICHARD SLAUGHTER'S PHONE SEARCH WARRANT** | | | | |
| 401 | 902(14) Certification from FBI Digital Forensic Examiner Alyssa Croake | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 402 | Cellebrite Report re All Scoped Messages from Richard Slaughter's Cell Phone | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 402 | Recovered Messages Between Richard Slaughter's Phone and the Historic Inns of Annapolis | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 404 | Recovered Messages Between Richard Slaughter's Phone and the Sheraton Pentagon | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 405 | Recovered Messages Between Richard Slaughter's Phone and Telephone Numbers Ending 7932 and 2465 | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 406 | Cellebrite Report re All Scoped Photographs from Richard Slaughter's Cell Phone | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 407 | Image titled "IMG_Daryl_Feril_20210113_010010_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |

| | | | | |
|---|---|---|---|---|
| 408 | Image titled "IMG_Daryl_Feril_20210113_010106_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 409 | Image titled "IMG_Daryl_Feril_20210113_010127_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 410 | Image titled "IMG_Daryl_Feril_20210113_010152_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 411 | Image titled "IMG_Daryl_Feril_20210113_010209_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 412 | Image titled "IMG_Daryl_Feril_20210113_010307_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 413 | Image titled "IMG_Daryl_Feril_20210113_010319_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 414 | Image titled "IMG_Daryl_Feril_20210113_010347_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 415 | Image titled "IMG_Daryl_Feril_20210113_010431_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 416 | Image titled "IMG_Daryl_Feril_20210113_010444_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 417 | Image titled "IMG_Daryl_Feril_20210113_010605_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 418 | Image titled "IMG_Daryl_Feril_20210113_010805_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 419 | Image titled "IMG_Daryl_Feril_20210113_011302_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |

| 420 | Image titled "IMG_Daryl_Feril_20210113_011414_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 421 | Image titled "IMG_Daryl_Feril_20210113_011428_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 422 | Image titled "IMG_Surf_20210113_005102_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 423 | Image titled "IMG_Surf_20210113_005654_processed" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 424 | Image titled "20210113_011004" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 425 | Image titled "20210113_011626" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 426 | Image titled "20210105_232908" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 427 | Image titled "Screenshot_20210105-170310_Video Player" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 428 | Image titled "Screenshot_20210106-220619_Video Player" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 429 | Image titled "Screenshot_20210106-225324_Video Player" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 430 | Image titled "4916183527834364687_120" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 431 | Image titled "image070[122218]" | FBI DFE Alyssa Croake / 902(14) Certification | | |

| 432 | Image titled "4934250346419694096_97" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 433 | Image titled "32782" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 434 | Image titled "4907143437720070408_97" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 435 | Image titled "4908986244978026869_97" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 436 | Image titled "4925009148756732180_97" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 437 | Image titled "31786" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 438 | Image titled "FB_IMG_1609998285333" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 439 | Image titled "2852187699945668679_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 440 | Image titled "2852187699945668680_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 441 | Image titled "2852187699945668684_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 442 | Image titled "2852187699945668685_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 443 | Image titled "2852187699945668712_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |

| 444 | Image titled "4916095287731267748_97" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 445 | Image titled "4920463415500187979_97" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 446 | Image titled "4926996795196811877_97" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 447 | Image titled "2852187699945668678_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 448 | Image titled "2852187699945668682_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 449 | Image titled "2852187699945668683_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 450 | Image titled "2852187699945668706_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 451 | Image titled "2852187699945668707_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 452 | Image titled "2852187699945668709_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 453 | Image titled "2852187699945668710_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 454 | Image titled "2852187699945668711_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 455 | Image titled "4906879000878622966_97" | FBI DFE Alyssa Croake / 902(14) Certification | | |

| | | | | |
|---|---|---|---|---|
| 456 | Image titled "2852187699945668687_1109" | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 457 | Cellebrite Report re All Scoped Videos from Richard Slaughter's Cell Phone | FBI DFE Alyssa Croake / 902(14) Certification | | |
| 458 | Video Extracted from Richard Slaughter's Cell Phone Titled "Washington DC Jan 6 2021" | FBI DFE Alyssa Croake / 902(14) Certification | | |