UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim No. 1:22-cr-00354-RCL |
| RICHARD SLAUGHTER, and CADEN PAUL GOTTFRIED, | : |
| Defendants. | : |

## ORDERING EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

Based on the Court's consideration of the Motion to Exclude Time under the Speedy Trial Act, Doc. 98, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the time between December 1, 2023 and January 10, 2024 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A).

The Court finds that the ends of justice served by excluding this time outweigh the best interests of the public and the defendant in a speedy trial, as a continuance will provide the defendants time to engage new counsel and for that counsel to become familiar with the case.

HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE