UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 22-cr-00354-RCL |
| ) | |
| RICHARD SLAUGHTER et al, ) | |
| ) | |
| Defendant ) | |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendants waives his right to trial by jury.

_____
Richard Slaughter

_____
Caden Gottfried

/s/ William L. Shipley
William L. Shipley, Jr., Esq.

I consent:
/s/Stephen Rancourt
Stephen Rancourt
Assistant United States Attorney

Approved:

_____                    Date:_____
Royce C. Lamberth
United States District Judge

1